

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of
Substitution of Counsel,

Sandra C. Lechman (maiden: Hourani).

ORDER

IT IS HEREBY ORDERED that Sandra C. Lechman (maiden: Hourani), Esq., 964 Fifth Avenue, Suite 214, San Diego, California 92101, phone: (203) 313-4528, email: sandra.lechman@outlook.com, be substituted as appointed counsel in the stead of and following her departure from Federal Defenders of San Diego, Inc., in the attached list of cases, effective after November 21, 2019.

SO ORDERED.

DATED: 11-18-19

By: /s/ Larry A. Burns
HON. LARRY A. BURNS
United States District Chief Judge

CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC. TO SANDRA C. LECHMAN (maiden: Hourani), ESQ., AS OF NOVEMBER 21, 2019

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| UNITED STATES V. WHITNEY NASHEE ALEXANDER<br>19CR3276-JAH | JANUARY 6, 2020 @ 10:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. JOHN A. HOUSTON |
| UNITED STATES V. GUILLERMO BECERRIL TELLEZ<br>19CR3211-WQH | DECEMBER 2, 2019 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. WILLIAM Q. HAYES |
| UNITED STATES V. ELIAZAR CARRANZA-MORENO<br>19CR4427-JAH | DECEMBER 16, 2019 @ 11:00 A.M. FOR MOTION HEARING BEFORE THE HON. JOHN A. HOUSTON |
| UNITED STATES V. VICTOR CARRILLO LOPEZ<br>19CR4359-H | NOVEMBER 22, 2019 @ 2:00 P.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. MARILYN L. HUFF |
| UNITED STATES V. JENNIFER COTA RUIZ<br>19CR3740-BAS | NOVEMBER 19, 2019 @ 9:00 A.M. FOR CHANGE OF PLEA HEARING BEFORE THE HON. ANDREW G. SCHOPLER |
| UNITED STATES V. VICTOR RAY CRUZ<br>19CR2213-L | DECEMBER 9, 2019 @ 10:00 A.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. M. JAMES LORENZ |
| UNITED STATES V. REYES HORACIO DIAZ-BARRERAS<br>19CR4425-GPC | DECEMBER 13, 2019 @ 10:30 A.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. GONZALO P. CURIEL |
| UNITED STATES V. ALFREDO GARAY-VELAZCO<br>19CR3772-BAS | NOVEMBER 25, 2019 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES V. CHRISTIAN GOMEZ GARCIA<br>19CR4415-DMS | DECEMBER 6, 2019 @ 11:00 A.M. FOR MOTION HEARING BEFORE THE HON. DANA M. SABRAW |
| UNITED STATES V. ANTHONY GONZALEZ<br>19CR4465-JLS | DECEMBER 13, 2019 @ 1:30 P.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. JANIS L. SAMMARTINO |
| UNITED STATES V. ALEXIS ERNAN GUERRERO-ESTRELLA<br>19CR2027-AJB-2 | NOVEMBER 26, 2019 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. ANTHONY J. BATTAGLIA |
| UNITED STATES V. MARLENE GUZMAN<br>19CR3394-H | JANUARY 27, 2020 @ 8:30 A.M. FOR SENTENCING HEARING BEFORE THE HON. MARILYN L. HUFF |
| UNITED STATES V. VICENTE SERGIO LEGUIZAMO-ACOSTA<br>19CR3201-LAB | DECEMBER 9, 2019 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. LARRY A. BURNS |

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| UNITED STATES V. ALBERTO LOPEZ BARRIOS<br>19CR3196-JLS | JANUARY 31, 2020 @ 9:00 A.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. JANIS L. SAMMARTINO |
| UNITED STATES V. RUBEN MANRIQUEZ-NAVARRO<br>19CR3196-JLS | JANUARY 31, 2020 @ 9:00 A.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. JANIS L. SAMMARTINO |
| UNITED STATES V. MAXIMINO MORA-GOMEZ<br>19CR3745-H | DECEMBER 9, 2019 @ 2:00 P.M. FOR<br>MOTION HEARING/ TRIAL SETTING BEFORE THE<br>HON. MARILYN L. HUFF |
| UNITED STATES V. TERECITA MORALES<br>14CR0806-BTM | NOVEMBER 25, 2019 @ 1:00 P.M. FOR<br>MOTION HEARING/ TRIAL SETTING BEFORE THE<br>HON. MARILYN L. HUFF |
| UNITED STATES V. FATIMA MUNOZ<br>19CR4411-LAB | DECEMBER 9, 2019 @ 2:00 P.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. BARRY T. MOSKOWITZ |
| UNITED STATES V. CARLOS NAVA<br>19CR3392-JM-2 | NOVEMBER 19, 2019 @ 1:30 P.M. FOR<br>CHANGE OF PLEA BEFORE THE<br>HON. MITCHELL D. DEMBIN |
| UNITED STATES V. JORGE ARTURO OLIVO-ZARATE<br>19CR3323-BAS | DECEMBER 16, 2019 @ 9:00 A.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. CYNTHIA A. BASHANT |
| UNITED STATES V. MIGUEL ONOFRE MOTA<br>19CR3219-BTM | DECEMBER 31, 2019 @ 1:00 P.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. BARRY T. MOSKOWITZ |
| UNITED STATES V. JOELENE PIAZZA<br>19CR4356-LAB | DECEMBER 9, 2019 @ 2:00 P.M. FOR<br>MOTION HEARING BEFORE THE<br>HON. LARRY A. BURNS |
| UNITED STATES V. MARIANO ARNULFO POLANO-ROSAS<br>19CR3469-CAB | JANUARY 3, 2020 @ 9:00 A.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. CATHY A. BENCIVENGO |
| UNITED STATES V. MONICA RAMIREZ-GUERRERO<br>19CR3448-W | JANUARY 6, 2020 @ 9:00 A.M. FOR<br>SENTENCING HEARING BEFORE THE<br>HON. THOMAS J. WHELAN |
| UNITED STATES V. ANTONIO SANCHEZ-AVILES<br>19CR3704-AJB | DECEMBER 9, 2019 @ 2:00 P.M. FOR<br>MOTION HEARING/TRIAL SETTING BEFORE THE<br>HON. ANTHONY J. BATTAGLIA |
| UNITED STATES V. MANUEL CARRANZA-SOTO<br>17CR2767-BEN | DECEMBER 19, 2019 @ 2:00 P.M. FOR<br>PRELIMINARY HEARING RE SR BEFORE THE<br>HON. WILLIAM V. GALLO |
| UNITED STATES V. ERIC SELIO<br>18CR4931-LAB | COURT DATE TO BE DETERMINED<br>COOPERATING WITNESS |
| UNITED STATES V. RAUL GABRIEL URIAS III<br>19CR4332-JM | DECEMBER 13, 2019 @ 11:00 A.M. FOR<br>MOTION HEARING/ TRIAL SETTING BEFORE THE<br>HON. JEFFREY T. MILLER |

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| United States v. Roberto Valdez-Zepeda<br>19cr3271-GPC | December 20, 2019 @ 8:30 a.m. for Sentencing Hearing before the Hon. Gonzalo P. Curiel |
| United States v. Roberto Valdez-Zepeda<br>15cr1693-BEN | December 20, 2019 @ 2:00 p.m. for Final Hearing re Revocation of Supervised Release before the Hon. Roger T. Benitez |
| United States v. Barbara Vega<br>19cr3399-AJB | December 9, 2019 @ 2:00 p.m. for Motion Hearing before the Hon. Anthony J. Battaglia |
| United States v. Habtu Weldenhaymanot<br>19cr4365-GPC | December 5, 2019 @ 9:00 a.m. for Sentencing Hearing before the Hon. Gonzalo P. Curiel |
| United States v. Gabriel Zavala-Perez<br>19cr3773-LAB | June 1, 2020 @ 9:00 a.m. for Sentencing Hearing before the Hon. Larry A. Burns |